UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES W. LOUGHRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CV2039 HEA |
| UNKNOWN BYERS, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [Doc. 8] is **GRANTED**. Plaintiff shall submit an amended complaint and pay an initial partial filing fee of $6.44 no later than **February 15, 2012**.

Dated this 18th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE