UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES W. LOUGHRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CV2039 HEA |
| | ) |
| UNKNOWN BYERS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter comes before the Court on plaintiff's motion for a copy of the court file, motion for appointment of counsel, and motion for discovery.

Indigent litigants are not entitled under 28 U.S.C. § 1915 to free copies of the court file. And the Court does not return documents that are filed in a case. If plaintiff wishes to receive copies of the documents he has filed, he should request a copy fee schedule from the Clerk's office.

The Court denied plaintiff's first motion for appointment of counsel on March 27, 2012. Nothing substantial has changed since that time. As a result, the Court will deny the most recent motion for appointment of counsel without prejudice.

Plaintiff's motion for discovery is premature. Discovery does not commence in a prisoner case until a Case Management Order is entered.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a copy of the court file [Doc. 22] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. 23] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's motion for discovery [Doc. 24] is **DENIED**.

Dated this 4th day of May, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE